[Nos. 30117-2-II; 31325-1-II.    Division Two.    September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DEAN REED, *Appellant*.

In the Matter of the Personal Restraint of JEFFREY DEAN REED.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-02383-5, Diane M. Woolard and John P. Wulle, JJ., entered February 11, 2003, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 30118-1-II.    Division Two.    September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBER JEAN MALLORY, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00101-2, Thomas J. Majhan, J., entered March 13, 2003. *Reversed* by unpublished opinion per Morgan, A.C.J., concurred in by Bridgewater and Van Deren, JJ.

[No. 30380-9-II.    Division Two.    September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ELLIS FARWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05783-9, James R. Orlando, J., entered May 16, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.